IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SIDNEY E. SCOTT,

    Petitioner,

vs.                                       CASE NO.: 4:06cv533-SPM/AK

JAMES MCDONOUGH,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the magistrate judge's Report and Recommendation. (doc. 29)  The parties have been furnished a copy and have been afforded an opportunity to file objections.  Petitioner has filed objections.  (doc. 31)  Petitioner has also filed a motion for leave to file amended objections.  (doc. 34)  This motion is **granted** and the amended objections will be reviewed and fully considered by this Court.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. I have reviewed the 22-page Report and Recommendation in its entirety, as well as the 24 pages of original objections *and* the 26 pages of amended objections filed by Petitioner.  Notwithstanding Petitioner's lucid and detailed objections, I find that the magistrate judge was thorough, complete, and correct in his

conclusions.

Petitioner has not rebutted any factual issues by clear and convincing evidence, nor has he shown that the state court's adjudication of his claims was contrary to applicable law.  See 28 U.S.C. § 2254(e)(1).  He emphasizes certain facts he believes favorable to his case and attempts to discount others, but is ultimately unable to show that the magistrate's conclusions were incorrect in any fashion.

Simply stated, a petitioner must prove both elements of Strickland v. Washington, 466 U.S. 668 (1984): deficient attorney performance and prejudice to the outcome of the trial.  The magistrate judge properly pointed out certain rulings made by the trial court or strategic decisions made by Petitioner's trial counsel that may have been erroneous, but then explained why these potential errors did not result either in ineffectiveness of counsel or in prejudice to the outcome of the case.  Petitioner's objections have not demonstrated that he is entitled to relief from the state court's judgment.

Nor has Petitioner demonstrated that he is entitled to an evidentiary hearing on the issues contained in the Report and Recommendation.  Even if an evidentiary hearing would enable Petitioner "to prove the petition's factual allegations," if the allegations were true, they would not "entitle the applicant to federal habeas relief."  Schriro v. Landrigan, 127 S. Ct. 1933, 1940 (2007). Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The magistrate judge's Report and Recommendation (doc. 29) is *adopted and incorporated* by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 6) is hereby *denied*.

3. This case is *dismissed with prejudice*.

DONE AND ORDERED this <u>fifteenth</u> day of August, 2008.

<u>　　*s/ Stephan P. Mickle*　　</u>
Stephan P. Mickle
United States District Judge