**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

SIDNEY E. SCOTT,

    Petitioner,

vs.                                             CASE NO.: 4:06cv533-SPM/AK

JAMES MCDONOUGH,

    Defendant.

_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY
AND MOTION TO PROCEED IN FORMA PAUPERIS**

    This cause comes before the Court on Petitioner's motion to proceed in forma pauperis (doc. 38). This motion is also being construed as a motion for certificate of appealability. (doc. 43) For the following reasons, the motions will be denied.

    The standard for appealing in forma pauperis requires that the appeal be taken in good faith. 28 U.S.C. § 1915(a)(3). Good faith in this context is measured by objectively. Coppedge v. United States, 369 U.S. 438, 444-45 (1962); see also, Pace v. Evans, 709 F.2d 1428, 1429 (in forma pauperis status must be denied if the appeal is "without arguable merit"). The Court certifies that Petitioner's appeal is not taken in objective good faith. Petitioner's arguments are based on a misunderstanding of the law. The Report and Recommendation (doc. 29) clearly and carefully explains why Petitioner's claims lack merit.

A petitioner seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is met if the petitioner can show that reasonable jurists could differ as to the resolution of the case or if the issues have sufficient merit to deserve encouragement to appeal. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The resolution of this case is not debatable and the issues do not deserve encouragement to appeal because, as stated above, Petitioner's case lacks arguable merit.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The motion to proceed in forma pauperis on appeal (doc. 38) is *denied*. On or before November 1, 2008, Petitioner shall pay to the clerk of this court, in accordance with Federal Rule of Appellate Procedure 3(e), the sum of $455.00, which consists of the $450 fee for docketing the case on appeal (see Note following 28 U.S.C. § 1913, Judicial Conference Schedule of Fees, ¶ (1)) and an additional $5 fee under 28 U.S.C. § 1917.

2. The motion for certificate of appealability (doc. 43) is *denied*.

DONE AND ORDERED this <u>first</u> day of October, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

2